# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

MARGA TAYLOR, as Personal Representative of the Estate of Earl C. Hitchock,

      Plaintiff,

-vs-                          Case No. 5:05-cv-397-Oc-10GRJ

JOHNNY PAPPAS, individually, and in his official capacity as Deputy Sheriff of Marion County,

      Defendant.

_____

| JUDGE | Wm. Terrell Hodges | DATE<br>TIME | August 8, 2008<br>9:00 am - 12:00 pm<br>1:15 pm - 3:55 pm |
|---|---|---|---|
| DEPUTY CLERK | Jim Leanhart | TAPE/REPORTER | Dennis Miracle |
| COUNSEL/PLTF. | John C. Bell, Steven A. Rothenburg | COUNSEL/DEFTS. | Bruce R. Bogan, Ian D. Forsythe |

## CLERK'S MINUTES - JURY TRIAL

Trial resumed from August 7, 2008.

Defendant's witness:  Steve Ijames, Gary Rini, David Brooks, Kris Sperry.

Defendant's exhibits admitted:   47

Counsel rests.

All motions previous made are deemed renewed and the court's prior ruling stands.

Court heard from counsel regarding proposed jury instructions and proposed verdict.

Closing statements.

Court's instructs jurors on the law they must follow.

Jury deliberations commenced.  3:55 pm - 5:00 pm

Jury to continue their deliberations on Monday, August 11, 2008 at 9:00 am.